United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-10880-mdc
Heather Jerasa                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JeanetteG           Page 1 of 2           Date Rcvd: Nov 18, 2016
                             Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
```
db         +Heather Jerasa,    200 Crocus Court,    Quakertown, PA 18951-2734
cr         +JPMorgan Chase Bank NA,    201 N. Central Avenue,    11th Fl.,    Phoenix, AZ 85004-1071
13241799    Chase auto,    Attn: National Bankruptcy Dept,    PO Box 295015,    Phoenix, AZ 85038
13241800   +Comenity Bank/mandee,    995 W 122nd Ave,    Westminster, CO 80234-3417
13241801   +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
13241802   +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13241803   +KML Law Group, P.C.,    Suite 5000- BNY- Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
13367936   +Quackers Green Community Association,    300 Quackers Way,    Quackertown, PA 18951-2776
13473103   +U.S. Bank National Assoc.,    c/o PHFA Loan Servicing,    211 North Front Street,
             Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Nov 19 2016 02:31:05     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2016 02:29:33
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2016 02:30:16     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 02:22:39     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13241796   +E-mail/Text: broman@amhfcu.org Nov 19 2016 02:29:51     American Heritage Fcu,
             2060 Red Lion Rd.,    Philadelphia, PA 19115-1699
13241797   +E-mail/Text: banko@berkscredit.com Nov 19 2016 02:28:21     Berks Credit & Coll,
             900 Corporate Dr,    Reading, PA 19605-3340
13257326   +E-mail/Text: ebn@squaretwofinancial.com Nov 19 2016 02:30:12     CACH, LLC,
             4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13241798   +E-mail/Text: ebn@squaretwofinancial.com Nov 19 2016 02:30:12     Cach Llc/Square Two Financial,
             Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
13247984    E-mail/Text: bk.notifications@jpmchase.com Nov 19 2016 02:28:24     JPMorgan Chase Bank, N.A.,
             P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13241804   +E-mail/Text: blegal@phfa.org Nov 19 2016 02:29:46     Pa Housing Finance Age,    PO Box 8029,
             Harrisburg, PA 17105-8029
13407993   +E-mail/Text: blegal@phfa.org Nov 19 2016 02:29:46     Pennsylvania Housing Finance Agency,
             Attention: ALSV/Anne,    211 North Front St.,    Harrisburg, PA 17101-1406
13258480    E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2016 02:28:28
             Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
             Kirkland, WA  98083-0788
13441020    E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2016 02:23:24
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13245066   ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: pdf900            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
            ANDREW F GORNALL     on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE
             PENNSYLVANIA HOUSING FINANCE AGENCY) agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
            ERIK B. JENSEN    on behalf of Debtor Heather    Jerasa john@erikjensenlaw.com,
             regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
            LEON P. HALLER     on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE
             PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
            WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank NA
             mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER JERASA            Chapter 13

Debtor            Bankruptcy No. 14-10880-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___17th___ day of ___November___, 201_6_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Debtor:
HEATHER JERASA

200 CROCUS COURT

QUAKERTOWN, PA 18951