# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather Jerasa <br>           <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 14-10880 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3691

                                       Respectfully submitted,

                                       **<u>/s/Thomas Puleo, Esquire</u>**
                                       Thomas Puleo, Esquire
                                       Brian C. Nicholas, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406